Trunk Lock Manufacturing Company, Appellant, v. Thomas H. Campion, Respondent.— Judgment and order reversed and new trial granted, costs to abide the event, for errors in ruling at folios 162, 248, 332 and 411. Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ., concurred.

Maggie Wegmann, as Administratrix, etc., of Wilhelmina Kress, Deceased, Appellant, v. Christian Kress, Respondent.— Judgment and order affirmed, with costs. No opinion, Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ., concurred.

Charles E. Bowman, Appellant, v. Alfred P. W. Seaman and Others, Respondents.— Motions for reargument and for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Robert B. Brower, Respondent, v. Cornelius E. Byrne, Appellant.— Motion to resettle order granted, without costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Caroline H. Brown, Appellant, v. George I. Roberts & Bros., Incorporated, Respondent.— Motion for reargument granted, and case set down for Tuesday, November 19, 1912. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Edward N. Chapman, Plaintiff, v. Julia E. Fowler, Defendant.— Motion to stay trial denied, without costs, and temporary stay vacated. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich. JJ.

Herbert W. Cramp, Plaintiff, v. Chester A. Dady and Others, Defendants. — Motion for new trial upon exceptions denied. The judgment in this action is final as to those parties seeking to review the same (*Brown* v. *Feek*, 204 N. Y. 238), and their only remedy is to appeal therefrom (Code Civ. Proc. §§ 1294, 1340). Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Paul Dickey, Appellant, v. Christopher A. Gortner, Respondent.— Motion for reargument denied, without costs. Present — Jenks, P. J., Hirschberg, Burr and Thomas, JJ.; Carr, J., not voting.

Harry Heischober, an Infant, etc., Appellant, v. Khiva Polishook, Respondent.— Motion granted, without costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Chauncey S. Horton and Others, Plaintiffs, v. Thomas McNally Company, Defendant.— Receiver Paine, if he desire, may file a brief herein by Tuesday, October 22, 1912, at the same time serving a copy thereof upon the various parties respectively who have appeared herein, who may have two days thereafter to file briefs in answer. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

In the Matter of the Application of John Nicholson Anhut, for Admission to the Bar.— Application granted. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

In the Matter of the Application of William D. Farrington, an Attorney, to Have a Lien Determined and Enforced upon the Property of Garrett S. Braisted.— Motion to dismiss appeal granted, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

In the Matter of the Application of Thomas Catesby Jones for Admis-